United States District Court
Southern District of Texas
**ENTERED**
August 02, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CRIMINAL NO. 5:24-CV-9** |
| | § | |
| **$317,015.00 UNITED STATES CURRENCY** | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is the Government's Motion for Default Judgment and Entry of Final Order of Forfeiture, (Dkt. No. 13), which was referred to U.S. Magistrate Judge Christopher dos Santos for a report and recommendation. On July 17, 2024, Judge dos Santos issued the report and recommendation on Government's motion, recommending that the motion for final default judgment be granted and that an order of forfeiture of the seized currency be entered. (Dkt. No. 17). The Government filed a statement of no objection to the report and recommendation. (Dkt. No. 18). The time for filing objections has passed, and no other objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the report and recommendation for clear error. Finding no clear error, the Court adopts the report and recommendation in its entirety. Accordingly, Government's motion for final default judgment against the $317,015.00 in US currency, (Dkt. No. 13), is hereby **GRANTED**. The said currency seized on or about May 20, 2023, is **FORFEITED** to the United States pursuant to 21 U.S.C. § 881(a)(6). All right, title, and interest in said currency and property is vested in the United States.

It is so **ORDERED**.

**SIGNED** on August 2, 2024.

John A. Kazen
United States District Judge